# GENDRY & SPRAGUE, P.C.
## ATTORNEYS AT LAW

RON A. SPRAGUE *

NEIL H. STONE

900 ISOM ROAD, SUITE 300
SAN ANTONIO, TEXAS 78216-4155
TELEPHONE: 210-349-0511
FACSIMILE: 210-349-2760

THOMAS W. GENDRY † - OF COUNSEL

SENDER'S E-MAIL ADDRESS:
nstone@gendrysprague.com

December 28, 2020

*Via ECF*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Paguada v. Acme Lumber & Supply Co., Inc.; Case No.20-cv-07702-AJN

Dear Judge Nathan:

Our firm represents Acme Lumber & Supply Co., Inc. in the above-referenced matter.

The Court scheduled the initial pretrial conference in this case on Friday, January 8, 2021 at 3:00 PM. On December 17, 2020, we filed Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction ("Motion"). We respectfully request that the Court adjourn the initial pretrial conference and submission of a proposed case management plan to allow the Court the opportunity to consider and rule on the Motion. We propose alternate dates for the initial pretrial conference of March 12, March 19 or April 2, 2021.

Plaintiff's counsel has consented to the adjournment. This is Defendant's first request for an adjournment.

Respectfully submitted,

Neil H. Stone

cc: Mars Khaimov - via ECF

> In light of Plaintiff's consent, the initial pretrial conference is hereby adjourned sine die, pending resolution of Defendant's motion to dismiss. The Court will rule on Defendant's motion in due course.
> SO ORDERED. Alison J. Nathan
> 1/4/2021

* BOARD CERTIFIED CIVIL TRIAL LAW
† BOARD CERTIFIED PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION